# In the United States Court of Federal Claims

No. 14-354 C
Filed: July 29, 2014

```
*************************************
SPACE EXPLORATION TECHNOLOGIES    *
CORP.,                            *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant,                *
and                               *
                                  *
UNITED LAUNCH SERVICES, LLC,      *
                                  *
Defendant-Intervenor.             *
                                  *
*************************************
```

## ORDER

Pursuant to Rule 83.1(c)(4)(A)(i)(I) of the Rules of the United States Court of Federal Claims, Defendant-Intervenor's July 25, 2014 Motion For Leave To Substitute Counsel is granted. The Clerk of Court will enter the substitution of counsel on the docket, and counsel of record for Defendant-Intervenor will now be listed as follows:

Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (Fax)
ccooper@cooperkirk.com

**IT IS SO ORDERED**.

  s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**